Monica L. Texido, Individually and as Administrator of the Estate of Vincent A. Weiser, Deceased, Appellant, v Waters of Orchard Park et al., Defendants, and Park Associates, Inc., et al., Respondents. [755 NYS2d 348] —Motion to vacate dismissal granted on condition that appeal perfected on or before January 3, 2003. Memorandum: In the absence of any indication that defendants were misled or prejudiced, the notice of appeal is deemed amended to correct the name of appellant (see Waters of White Lake v Fricke, 276 App Div 628, 628-629). Present—Hayes, J.P., Wisner, Hurlbutt, Scudder and Lawton, JJ. (Filed Dec. 5, 2002.)

In the Matter of Kimberley Propeack, an Attorney, Resignor. [755 NYS2d 350] —Voluntary resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

In the Matter of William S. Gordon, a Suspended Attorney, Respondent. Grievance Committee of the Eighth Judicial District, Petitioner. [755 NYS2d 350] —Resignation accepted, name stricken from roll of attorneys and order of restitution entered. Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

In the Matter of Charlotte B. Wyoming County Department of Social Services, Respondent; Shane B., Appellant. [755 NYS2d 349] —Order unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted (see Matter of Jordan S., 179 AD2d 1091). (Appeal from Order of Family Court, Wyoming County, Griffith, J.—Terminate Parental Rights.) Present—Pigott, Jr., P.J., Green, Hayes, Scudder and Lawton, JJ.

The People of the State of New York, Respondent, v Todd Dean, Appellant. [755 NYS2d 349] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Falsifying Business Records, 1st Degree.) Present—Pigott, Jr., P.J., Green, Hayes, Scudder and Lawton, JJ.